UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PERRIN JR., KEITH § Case No. 10-38210 CGM
PERRIN, MICHELLE §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____$^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_$^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Marianne T. O'Toole, As Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 10-38210 CGM Judge: Cecelia G. Morris | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|
| Case Name: | PERRIN JR., KEITH | Date Filed (f) or Converted (c): | 10/22/10 (f) |
|  | PERRIN, MICHELLE | 341(a) Meeting Date: | 11/19/10 |
| For Period Ending: | 03/19/13 | Claims Bar Date: | 05/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4 Davidge Road, Middletown, NY 10940 (J) | 350,000.00 | 0.00 |  | 0.00 | FA |
| 2. CASH ON HAND (J) | 150.00 | 0.00 |  | 0.00 | FA |
| 3. CHASE SAVINGS (J) | 360.00 | 0.00 |  | 0.00 | FA |
| 4. CHASE CHECKING (J) | 600.00 | 0.00 |  | 0.00 | FA |
| 5. BANK OF AMERICA CHECKING (J) | 100.00 | 0.00 |  | 0.00 | FA |
| 6. CAPITAL ONE CHECKING (J) | 100.00 | 0.00 |  | 0.00 | FA |
| 7. HOUSEHOLD GOODS (J) | 2,500.00 | 0.00 |  | 0.00 | FA |
| 8. BOOKS, CD (J) | 150.00 | 0.00 |  | 0.00 | FA |
| 9. CLOTHING (J) | 2,200.00 | 0.00 |  | 0.00 | FA |
| 10. JEWELRY (J) | 1,000.00 | 6,000.00 |  | 5,256.00 | FA |
| 11. W-401K (W) | 21,000.00 | 0.00 |  | 0.00 | FA |
| 12. IRA (H) | 5,500.00 | 0.00 |  | 0.00 | FA |
| 13. 25% OF FUBU (J) | Unknown | 0.00 |  | 0.00 | FA |
| 14. 2004 MERCEDES E320 (J) | 5,000.00 | 0.00 |  | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 6.28 | Unknown |
| TOTALS (Excluding Unknown Values) | $388,660.00 | $6,000.00 |  | $5,262.28 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/25/11-Application to Retain SilvermanAcampora LLP as Counsel to the Trustee

2/08/11-Order authorizing employment of SilvermanAcampora LLP as Counsel to the Trustee

2/11/11-Letter to Clerk of the Court requesting claims bar date

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-38210    CGM    Judge: Cecelia G. Morris | Trustee Name: Marianne T. O'Toole, As Trustee |
| Case Name: | PERRIN JR., KEITH | Date Filed (f) or Converted (c): 10/22/10 (f) |
| | PERRIN, MICHELLE | 341(a) Meeting Date: 11/19/10 |
| | | Claims Bar Date: 05/20/11 |

2/14/11-Notice of Possible Dividends and of last date to file Proof of Claim (5/20/11) issued by Clerk of the Court.

5/24/11-Notice of Presentment of Trustee's Motion for an Order Authorizing and Approving the Trustee's Sale of Certain Jewelry Subject to Higher and Better Offers.  Presentment date:  6/13/11; Objections and Bid Offer Deadline:  6/9/11

8/14/12-Application pursuant to Rule 2004 for Entry of an Order Directing the Examination of FUBU, FUBU the Collection, LLC, FB Legacy, GTFM, LLC, GTFM, Inc., Regius Vestio LLC, MTTM NYC LLC and Coogi Menswear.

8/16/12-Order directing the examination of FUBU, FUBU The Collection, LLC, FB Legacy, GTFM, LLC, GTFM, Inc., Regius Vestio, LLC, MTTM NYC LLC and Coogi Menswear, Inc. pursuant to Rule 2004

1/4/13 - Application to Employ Paritz & Co., P.A. as Certified Public Accountants for the Trustee and the Estate

1/09/13- Order Authorizing Retention of Accountant for the Trustee and the Estate in Order to Prepare the Estate's Tax Returns

Initial Projected Date of Final Report (TFR): 01/01/11          Current Projected Date of Final Report (TFR): 10/15/12

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-38210 -CGM | | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|---|
| Case Name: | PERRIN JR., KEITH | | Bank Name: | The Bank of New York Mellon |
| | PERRIN, MICHELLE | | Account Number / CD #: | *******0465  Money Market Account |
| Taxpayer ID No: | *******0958 | | | |
| For Period Ending: | 03/19/13 | | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/09/11 | 10 | Neil S. Berman, Inc. <br> PO Box 11 <br> Cross River, NY 10518-0011 | 10% down payment for lot of jewelry <br> DEPOSIT CHECK #12804 | 1129-000 | 525.60 | | 525.60 |
| 07/07/11 | 10 | CHASE  (Remitter Neil S. Berman Inc.) <br> J.P. Morgan Chase Bank, N.A. <br> Columbus, OH | Balance Due per Terms of Sale and Sale Approval <br> Order dated  July 5, 2011 <br> DEPOSIT CHECK #9841603848 | 1129-000 | 4,730.40 | | 5,256.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,256.03 |
| 08/31/11 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,256.07 |
| 09/01/11 | | Transfer to Acct #*******4118 | Bank Funds Transfer | 9999-000 | | 5,256.07 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,256.07 | 5,256.07 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,256.07 | |
| Subtotal | 5,256.07 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,256.07 | 0.00 | |

Page Subtotals     5,256.07     5,256.07

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-38210 -CGM | Trustee Name: | Marianne T. O'Toole, As Trustee |
| --- | --- | --- | --- |
| Case Name: | PERRIN JR., KEITH | Bank Name: | Capital One |
|  | PERRIN, MICHELLE | Account Number / CD #: | *******4118  Money Market Account |
| Taxpayer ID No: | *******0958 | | |
| For Period Ending: | 03/19/13 | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/11 | | Transfer from Acct #*******0465 | Bank Funds Transfer | 9999-000 | 5,256.07 | | 5,256.07 |
| 09/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.25 | | 5,256.32 |
| 10/31/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,256.68 |
| 11/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.35 | | 5,257.03 |
| 12/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,257.39 |
| 01/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,257.75 |
| 02/29/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.33 | | 5,258.08 |
| 03/30/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,258.44 |
| 04/30/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.34 | | 5,258.78 |
| 05/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,259.14 |
| 06/29/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.34 | | 5,259.48 |
| 07/05/12 | 000101 | INTERNATIONAL SURETIES, LTD. | Bond Invoice Poughkeepsie, NY | 2300-000 | | 4.00 | 5,255.48 |
| | | 701 Poydras Street | Bond. # 016030126 | | | | |
| | | SUITE 420 | Period 06/19/12 to 06/19/13 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 07/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,255.84 |
| 08/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,256.20 |
| 09/28/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.34 | | 5,256.54 |
| 10/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,256.90 |
| 11/30/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.34 | | 5,257.24 |
| 12/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,257.60 |
| 01/31/13 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.36 | | 5,257.96 |
| 02/28/13 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.32 | | 5,258.28 |

Page Subtotals       5,262.28            4.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-38210 -CGM | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|
| Case Name: | PERRIN JR., KEITH | Bank Name: | Capital One |
| | PERRIN, MICHELLE | Account Number / CD #: | *******4118  Money Market Account |
| Taxpayer ID No: | *******0958 | | |
| For Period Ending: | 03/19/13 | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,262.28 | 4.00 | 5,258.28 |
| | | | Less:  Bank Transfers/CD's | | 5,256.07 | 0.00 | |
| | | | Subtotal | | 6.21 | 4.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6.21 | 4.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Money Market Account - ********0465 | | 5,256.07 | 0.00 | 0.00 |
| | | | Money Market Account - ********4118 | | 6.21 | 4.00 | 5,258.28 |
| | | | | | 5,262.28 | 4.00 | 5,258.28 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 19, 2013 |

Case Number: 10-38210
Debtor Name: PERRIN JR., KEITH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 1<br>050<br>4210-00 | Mercedes-Benz Financial Services USA LLC<br>Trustee Payments<br>P.O. Box 9001683<br>Louisville, KY  40290-1683 | Secured<br>Trustee did not administer asset (2004 Mercedes) in bankruptcy. Amended Reaffirmation agreement filed 04/06/11. See Doc. # 31. | $0.00 | $0.00 | $0.00 |
| 3<br>050<br>4800-00 | NYS DEPT OF TAX AND FINANCE BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY  12205 | Secured<br>Withdrawal of Claim filed March 15, 2013 | $0.00 | $0.00 | $0.00 |
| 001<br>3210-00 | SilvermanAcampora LLP<br>Attn:  Ronald J. Friedman, Esq.<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY  11753 | Administrative<br>By letter dated January 25, 2013, SilvermanAcampora LLP has waived its fees and expenses in this case in order to permit a distribution to creditors. | $0.00 | $0.00 | $0.00 |
| 001<br>3410-00 | Paritz & Company<br>Attn:  Brian Serotta, CPA<br>15 Warren Street<br>Hackensack, NJ  07601 | Administrative<br>Pursuant to Order dated January 9, 2013 (See Docket # 62) | $300.00 | $0.00 | $300.00 |
| 001<br>3220-00 | SilvermanAcampora LLP<br>Attn:  Ronald J. Friedman, Esq.<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY  11753 | Administrative<br>By letter dated January 25, 2013, SilvermanAcampora LLP has waived its fees and expenses in this case in order to permit a distribution to creditors. | $0.00 | $0.00 | $0.00 |
| 6P<br>040<br>5800-00 | INTERNAL REVENUE SERVICE<br>CINCINNATI, OH  45999 | Priority<br>Amended Claim filed March 15, 2013 | $709.00 | $0.00 | $709.00 |
| 2<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | $1,840.23 | $0.00 | $1,840.23 |
| 4<br>610<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK  73124-8839 | Unsecured | $2,332.53 | $0.00 | $2,332.53 |
| 5<br>610<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK  73124-8839 | Unsecured | $619.97 | $0.00 | $619.97 |
| 6U<br>630<br>7300-00 | INTERNAL REVENUE SERVICE<br>CINCINNATI, OH  45999 | Unsecured | $33.36 | $0.00 | $33.36 |
| 7<br>610<br>7100-00 | American InfoSource LP as agent for WFNNB<br>as assignee of<br>Victoria's Secret,PO Box 248872 | Unsecured | $1,387.62 | $0.00 | $1,387.62 |

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: March 19, 2013

Case Number: 10-38210
Debtor Name: PERRIN JR., KEITH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Oklahoma City, OK  73124-8872 | | | | | |
| 8<br>610<br>7100-00 | American InfoSource LP as agent for WFNNB<br>as assignee of<br>Express, PO Box 248872<br>Oklahoma City, OK  73124-8872 | Unsecured | | $1,040.91 | $0.00 | $1,040.91 |
| 9<br>610<br>7100-00 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ  85712 | Unsecured | | $2,673.17 | $0.00 | $2,673.17 |
| 10<br>610<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $3,436.47 | $0.00 | $3,436.47 |
| 11<br>620<br>7200-00 | Afni, Inc.<br>PO BOX 3247<br>Bloomington, IL  61702 | Unsecured | | $176.95 | $0.00 | $176.95 |
| | Case Totals: | | | $14,550.21 | $0.00 | $14,550.21 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38210 CGM
Case Name: PERRIN JR., KEITH
　　　　　　PERRIN, MICHELLE
Trustee Name: Marianne T. O'Toole, As Trustee

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Mercedes-Benz Financial Services USA LLC Trustee Payments P.O. Box 9001683 Louisville, KY 40290-1683 | $ | $ | $ | $ |
| 3 | NYS DEPT OF TAX AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205 | $ | $ | $ | $ |

　　Total to be paid to secured creditors　　　　　　　　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Marianne T. O'Toole, As Trustee | $ | $ | $ |
| Trustee Expenses: Marianne T. O'Toole, As Trustee | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: SilvermanAcampora LLP | $ | $ | $ |
| Accountant for Trustee Fees: Paritz & Company | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | INTERNAL REVENUE SERVICE CINCINNATI, OH  45999 | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 4 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 7 | American InfoSource LP as agent for WFNNB as assignee of Victoria's Secret,PO Box 248872 Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 8 | American InfoSource LP as agent for WFNNB as assignee of Express,PO Box 248872 Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 9 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Afni, Inc. PO BOX 3247 Bloomington, IL 61702 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | INTERNAL REVENUE SERVICE CINCINNATI, OH  45999 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors         $_____

Remaining Balance                                            $_____